**No. 62934.**—Bel Paese Sales Co., Inc. *v.* United States, protests 58/6475(A) and 58/10696 (New York).

Opinion by JOHNSON, J.   In accordance with rule 5(b) of the rules of this court, as amended, the protests were dismissed for lack of prosecution.

**No. 62935.**—J. J. Boll *v.* United States, protests 58/10562, 58/10563, and 58/10630 (New York).

Opinion by JOHNSON, J.   In accordance with rule 5(b) of the rules of this court, as amended, the protests were dismissed for lack of prosecution.

**No. 62936.**—Rohner, Gehrig & Co., Inc. *v.* United States, protest 58/10874 (New York).

Opinion by JOHNSON, J.   In accordance with rule 5(b) of the rules of this court, as amended, the protest was dismissed for lack of prosecution.

**No. 62937.**—John French Company *v.* United States, protest 324012–K (New York).

Opinion by JOHNSON, J.   In accordance with rule 5(b) of the rules of this court, as amended, the protest was dismissed for lack of prosecution.

**No. 62938.**—Empacadora Trevino, S.A. *v.* United States, protests 241294–K, etc. (Laredo).

Opinion by DONLON, J.   In accordance with stipulation of counsel that the merchandise consists of beef similar in all material respects to that the subject of *United States* v. *J. H. Brown et al.* (46 C.C.P.A. 1, C.A.D. 686), the claim of the plaintiff was sustained.